AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Motz, John F. | 2. Court or Organization<br><br>U.S. District Court-Maryland | 3. Date of Report<br><br>05/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse - Room 510<br>101 West Lombard Street<br>Baltimore, Maryland 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Sheppard & Enoch Pratt Health System |
| 2. Trustee | Generation Skipping Trust |
| 3. Custodian | College Savings Plan |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 20 A 9 43 FINANCIAL DISCLOSURE OFFICE

Motz, John F.

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 05/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Virginia | 02/20/09-02/21/09 | Charlottesville, VA | Moot Court | Lodging, transportation, and food |
| 2. | American Bar Association | 11/20/09 | Washington, DC | National Institute on Class Actions | Lodging, transportation, and food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 05/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5 | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ExxonMobil | D | Dividend | N | T | | | | | |
| 2. IBM | C | Dividend | M | T | | | | | |
| 3. TRP - Tax Exempt | A | Int | K | T | | | | | |
| 4. T. Rowe Price | C | Dividend | N | T | | | | | |
| 5. Sara Lee | A | Div | J | T | | | | | |
| 6. Nicholas Fund | A | Div | L | T | | | | | |
| 7. TRP Equity Income Fund | A | Div | L | T | | | | | |
| 8. Chevron/Texaco | A | Dividend | K | T | | | | | |
| 9. Campbell Soup | A | Dividend | J | T | | | | | |
| 10. MD. Bond | A | Interest | K | T | | | | | |
| 11. AIM-Weingarten (IRA) | A | Div | J | T | | | | | |
| 12. Gen'l Elec | A | Div | K | T | | | | | |
| 13. DuPont DeNemour & Co. | A | Div | J | T | | | | | |
| 14. ExxonMobil Corp. (IRA) | A | Div | K | T | | | | | |
| 15. Apple Computer | A | Div | L | T | | | | | |
| 16. TRP - New ERA | A | Dividend | L | T | | | | | |
| 17. TRP - Value | A | Dividend | L | T | | | | | see note 1 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TRP - Capital Opp. (IRA) | A | Dividend | K | T | | | | | |
| 19. TRP - Health Sciences (IRA) | A | Dividend | L | T | | | | | |
| 20. TRP - New Asia (IRA) | A | Dividend | K | T | | | | | |
| 21. TRP - Small - Cap Value (IRA) | A | Dividend | K | T | | | | | |
| 22. TRP - Value Fund (IRA) | A | Dividend | K | T | | | | | |
| 23. TRP - Prime Reserve (IRA) | A | Dividend | K | T | | | | | |
| 24. Merck | B | Dividend | K | T | | | | | |
| 25. CVS | A | Dividend | K | T | | | | | |
| 26. Pepsico | B | Dividend | L | T | | | | | |
| 27. U.S. Treasury Bonds (IRA) | A | Interest | K | T | | | | | |
| 28. Baltimore County Bond | A | Interest | J | T | | | | | |
| 29. Montgomery County Bond | A | Interest | K | T | | | | | |
| 30. Charles County Bond | A | Dividend | J | T | | | | | |
| 31. Altria | A | Dividend | J | T | | | | | |
| 32. Kraft | A | Dividend | J | T | | | | | |
| 33. Yum Brands | A | Dividend | K | T | | | | | |
| 34. AIG | A | Dividend | J | T | | | | | |

1. Income Gain Codes.        A =$1,000 or less          B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less         K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)   S =Assessment              T =Cash Market
   (See Column C2)             U =Book Value              V =Other                 W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Black & Decker | A | Dividend | L | T | | | | | |
| 36. Constellation Energy | B | Dividend | L | T | | | | | |
| 37. PNC | A | Dividend | M | T | | | | | |
| 38. TRP New Horizons Fund | A | Dividend | K | T | | | | | |
| 39. TRP Md. Tax-Free Bond Fund | D | Dividend | M | T | | | | | |
| 40. TRP Blue Chip Growth (GST) | A | Dividend | M | T | | | | | |
| 41. TRP International Bond (GST) | A | Dividend | K | T | | | | | |
| 42. TRP International Stock (GST) | A | Dividend | K | T | | | | | |
| 43. TRP Prime Reserve (GST) | A | Dividend | M | T | | | | | |
| 44. TRP Equity Income (GST) | B | Dividend | L | T | Buy | 03/04/09 | J | | |
| 45. TRP Growth Stock (GST) | B | Dividend | L | T | | | | | |
| 46. TRP Spectrum Growth (GST) | B | Dividend | L | T | Buy | 01/07/09 | J | | |
| 47. TRP Equity Income (IRA) | A | Dividend | K | T | | | | | |
| 48. TRP Growth Stock (IRA) | A | Dividend | K | T | | | | | |
| 49. TRP Spectrum Growth (IRA) | A | Dividend | K | T | | | | | |
| 50. TRP Prime Reserve (IRA) | A | Dividend | L | T | | | | | |
| 51. Exxon Mobil (IRA) | A | Dividend | K | T | | | | | see note 3 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TRP Growth Stock | A | Dividend | J | T | | | | | |
| 53. TRP Spectrum Growth | A | Dividend | L | T | | | | | |
| 54. Summit Cash Reserve | A | Interest | L | T | | | | | |
| 55. AES Corp | A | Dividend | K | T | | | | | |
| 56. Direct TV | A | Dividend | K | T | | | | | |
| 57. Duke Realty | A | Dividend | J | T | | | | | |
| 58. Macy's | A | Dividend | K | T | | | | | |
| 59. Praxair | B | Dividend | M | T | | | | | |
| 60. Union Pacific | B | Dividend | L | T | | | | | |
| 61. Wash. Real Estate Inv. Trust | D | Dividend | L | T | | | | | |
| 62. Standard & Poors Depository Receipts | B | Dividend | L | T | | | | | |
| 63. Alleghany Cty. Bond | A | Interest | | | Redeemed | 05/01/09 | K | | |
| 64. Fla. Housing Bond | A | Interest | | | Redeemed | 07/01/09 | K | | |
| 65. Univ. of Md. Bond | A | Interest | | | Redeemed | 04/06/09 | L | | |
| 66. TRP Prime Reserve | C | Interest | P1 | T | Redeemed (part) | 09/09/09 | L | | |
| 67. TRP Global | A | Dividend | L | T | | | | | |
| 68. TRP Global (IRA) | A | Dividend | K | T | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ N●NE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TRP Global (GST) | A | Dividend | L | T | | | | | |
| 70. TRP New Era (GST) | A | Dividend | K | T | | | | | |
| 71. Pothash Corp | A | Dividend | L | T | | | | | |
| 72. Philip Morris Int'l, Inc | B | Dividend | K | T | | | | | see note 2 |
| 73. TRP New Asia | A | Dividend | K | T | | | | | see note 4 |
| 74. TRP Global | A | Dividend | L | T | | | | | see note 4 |
| 75. CSP (Custodian) | A | Dividend | K | T | Buy | 12/24/09 | J | | see note 5 |
| 76. CSP (Custodian) | A | Dividend | K | T | Buy | 12/24/09 | J | | see note 5 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001 - $100,000 | B = $1,001 - $2,500 G = $100,001 - $1,000,000 | C = $2,501 - $5,000 H1 = $1,000,001 - $5,000,000 | D = $5,001 - $15,000 H2 = More than $5,000,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less N = $250,001 - $500,000 P3 = $25,000,001 - $50,000,000 | K = $15,001 - $50,000 O = $500,001 - $1,000,000 | L = $50,001 - $100,000 P1 = $1,000,001 - $5,000,000 P4 = More than $50,000,000 | M = $100,001 - $250,000 P2 = $5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 05/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1 - Last year I erroneously understated the value.

Note 2 - Last year I erroneously omitted this stock (that was spun off from Altria in 2008)

Note 3 - Double counted; see 14

Note 4 - Last year I erroneously omitted this mutual fund.

Note 5 - Custodian for College Savings Plan ▓▓▓▓▓. ▓▓▓▓▓▓▓ I erroneously omitted this item in previous years.

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 05/14/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544